| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial)<br><br>Gorsuch, Neil M. | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>May 12, 2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge- Nominee | 5. Report Type (check appropriate type)<br><br>_X_ Nomination, Date May 10, 2005<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>January 1, 2005 - May 12, 2006 |
| 7. Chambers or Office Address<br>U.S. Department of Justice, Room 5706<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____<br>Date | |

IMPORTANT NOTES. The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Partner | Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC (resigned May 2005) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 2005 | Kellogg Huber - I retain an interest in certain contingency cases in recognition of legal services rendered and will be compensated if and when the firm obtains recoveries. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 2004 | Kellogg Huber | $ 1,419,050 |
| 2005 | Kellogg Huber | $ 1,144,538 |
| 2006 | Kellogg Huber | $ 277,662 |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE (No reportable non-investment income.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Neil M. Gorsuch | Date of Report<br>May 12, 2006 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|   | SOURCE | DESCRIPTION |
|---|---|---|
|   | ☐ NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|   | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
|   | ☐ NONE (No such reportable gifts.) | | |
| 1 | Exempt | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|   | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
|   | ☑ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 USAA Money Market Fund | D | Interest | N | T | exempt | | | | |
| 2 USAA Bond Fund | D | Interest | M | T | | | | | |
| 3 USAA High Yield Bond Fund | C | Dividend | M | T | | | | | |
| 4 USAA Intl Fund | D | Dividend | M | T | | | | | |
| 5 USAA S&P Fund | C | Dividend | M | T | | | | | |
| 6 USAA Value Fund | A | Dividend | M | T | | | | | |
| 7 USAA Tax Ex Interm. Bond Fund | D | Interest | N | T | | | | | |
| 8 USAA Small Cap Fund | A | Dividend | L | T | | | | | |
| 9 USAA GNMA Trust | E | Dividend | | | | | | | |
| 10 Senate Credit Union checking | A | Dividend | C | T | | | | | |
| 11 Walden Group LLC | | none | M | W | | | | | |
| 12 529 Plans - Potomac and | | none | N | T | | | | | |
| 13 ABA 401K Value Fund | | none | M | T | | | | | |
| 14 ABA 401K Growth Fund | | none | L | T | | | | | |
| 15 ABA 401K Equity Index Fund | | none | M | T | | | | | |
| 16 Alpine FDS Dynamic Div Fund | B | Dividend | | | | | | | |
| 17 Provident Energy Trust Common | A | Dividend | | | | | | | |
| 18 Vanguard Total Market Index Sh | A | Dividend | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
  P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | IRA - USAA GNMA Fund | A | Dividend | | | | | | | | | |
| 20 | IRA - USAA Growth & Income Fund | A | Dividend | J | T | | | | | | | |
| 21 | IRA - USAA High Yield Fund | A | Dividend | J | T | | | | | | | |
| 22 | IRA - USAA Total Return Fund | A | Dividend | J | T | | | | | | | |
| 23 | IRA - USAA World Growth Fund | | none | J | T | | | | | | | |
| 24 | Spouse IRA - USAA GNMA Fund | A | Dividend | J | T | | | | | | | |
| 25 | Spouse IRA - USAA Growth & Income Fund | A | Dividend | J | T | | | | | | | |
| 26 | Spouse IRA - USAA High Yield Fund | A | Dividend | J | T | | | | | | | |
| 27 | Spouse IRA - USAA Total Return Fund | A | Dividend | J | T | | | | | | | |
| 28 | Spouse IRA - World Growth Fund | | none | J | T | | | | | | | |
| 29 | US Senate Credit Union Checking | A | Dividend | J | T | | | | | | | |
| 30 | Spouse 403B Plan - TIAA CREF Growth Fund | | none | J | T | | | | | | | |
| 31 | Thrift Savings Plan | | none | J | T | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | |

Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(See Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000

Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Notes to Part III.A:

1. Income from Kellogg Huber for 2005 represents income for a partial year before I joined the government, as well as a return of capital.

2. Income from Kellogg Huber for 2006 represents a payment of contingency fee income pursuant to an agreement reached with the firm prior to my departure.

3. Additional non-investment income in 2005 and 2006 was received as United States government salary.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date  May 12, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 3 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 410 | 000 |
| Real estate owned-add schedule | 1 | 050 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 60 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| See attached schedule | 2 | 443 | 400 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 410 | 000 |
| | | | | Net Worth | 3 | 146 | 400 |
| Total Assets | 3 | 556 | 400 | Total liabilities and net worth | 3 | 556 | 400 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | 105 | 000 | | | | |
| Other special debt | | | | | | | |